In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-370 CR


____________________



HERBERT VERNON STANLEY, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 258th District Court


Polk County, Texas


Trial Cause No. 18009






MEMORANDUM OPINION


 Herbert Vernon Stanley appeals a sentence pronounced January 17, 2006. He filed
his notice of appeal with the trial court on April 4, 2006, more than thirty days from the date
of sentencing. Stanley did not respond to our notice regarding the late filing of the notice of
appeal. The Court finds the notice of appeal was not timely filed. Tex. R. App. P. 26.2. It
does not appear that Stanley obtained an out-of-time appeal from the Court of Criminal
Appeals. The Court finds it is without jurisdiction to entertain this appeal. Accordingly, the
appeal is dismissed for want of jurisdiction.

 APPEAL DISMISSED.

 ___________________________

 HOLLIS HORTON

 Justice


Opinion Delivered October 11, 2006 

Do Not Publish

Before McKeithen, C.J., Gaultney and Horton, JJ.